IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

115-9-16593

| | |
|---|---|
| IN THE MATTER OF:<br><br>**IS A WORLD DISTRIBUTORS PR INC.**<br><br>Debtor | CASE NO. **13-07364 BKT**<br><br>CHAPTER **11** |

**MOTION REQUESTING ORDER DIRECTING DEBTOR
TO NOTIFY PLAN AND DISCLOSURE STATEMENT**

TO THE HONORABLE COURT:

NOW COMES movant **ORIENTAL BANK ("ORIENTAL")**, represented by its undersigned attorneys and respectfully STATES and PRAYS:

1. On September 5th, 2013, debtor filed the instant petition for relief.

2. Appearing creditor, ORIENTAL, respectfully moves this Honorable Court to order debtor to send appearing party herein copy of the **Disclosure Statement and Plan** pursuant to Rule 3017(a) of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE**, it is respectfully requested from this Honorable Court to grant this motion and to enter an Order directing debtor to send us copy of the Disclosure Statement or Plan as per above.

**I HEREBY CERTIFY:** On this same date I electronically filed the foregoing document with the clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Attorney for Debtor(s), **LUIS D FLORES GONZALEZ, ESQ** and to US TRUSTEE, **MONSITA LECAROZ ARRIBAS** and by ordinary mail to debtor(s) and to all creditors and parties in interest appearing in the attached Master Address List.

Motion Requesting Order...
Case No. 13-07364 BKT
Page No. 2

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 6 day of November, 2013.

s/ Angel M. Vázquez Bauzá
**ANGEL M VÁZQUEZ BAUZÁ, ESQ.**
Bar Number: 203308
ENR & Associates
PO Box 191017
San Juan, PR 00919-1017
Tel. (787)754-1313 Fax. 754-1354
e-mail: avazquez@enrassociates.com

oco

```
Label Matrix for local noticing          DAIMLER TRUST                            DEPARTAMENTO DE HACIENDA
0104-3                                   C/O BK SERVICING LLC                     PO BOX 9024140
Case 13-07364-BKT11                      PO BOX 131265                            OFICINA 424-B
District of Puerto Rico                  ROSEVILLE, MN 55113-0011                 SAN JUAN, PR 00902-4140
Old San Juan
Wed Nov  6 11:59:24 AST 2013

INTERNAL REVENUE SERVICE                 IS WORLD DISTRIBUTORS PR INC             Nestl Caribbean, Inc.
CENTRALIZED INSOLVENCY OPERATIONS        PO BOX 364149                            P.O. Box 172, Port of Spain
PO BOX 7346                              SAN JUAN, PR 00936-4149                  Churchill-Roosevelt Highway
PHILADELPHIA, PA 19101-7346                                                       Valsayn Trinidad & Tobago, WI


(p)ORIENTAL BANK AND TRUST               PR DEPARTMENT OF LABOR
PO BOX 195115                            PRUDENCIO RIVERA MARTINEZ BLDG
SAN JUAN PR 00919-5115                   505 MUNOZ RIVERA AVENUE
                                         12 FLOOR
                                         SAN JUAN, PR 00918


                                         ABBOTT LABORATORIES PR. INC.             ASSOCIATES COMMERCIAL
                                         C/O LCDO. MIGUEL A. MAZA                 PO BOX 11917
                                         PO BOX 364028                            SAN JUAN, PR 00922-1917
                                         SAN JUAN, PR  00936-4028


ASSOCIATES FINANCE                       CITI CARDS                               CITIBANK
PO BOX 11917                             PO BOX 11917                             PO BOX 11917
SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917


CITIBANK CCSI                            CITIBANK MORTGAGE                        CITIBANK NA
PO BOX 11917                             PO BOX 11917                             PO BOX 11917
SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917


CITIBANK SOUTH DAKOTA                    CITIBANK USA                             CITICARDS
PO BOX 11917                             PO BOX 11917                             PO BOX 11917
SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917


CITICARDS CREDIT SERVICES                CITICARDS SEARS                          CITICORP DINERS
PO BOX 11917                             PO BOX 11917                             PO BOX 11917
SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917


CITICORP FINANCE                         CITIFINANCIAL                            CRIM
PO BOX 11917                             PO BOX 11917                             OFFICE LEGAL COUNSEL
SAN JUAN, PR 00922-1917                  SAN JUAN, PR 00922-1917                  PO BOX 195387
                                                                                  SAN JUAN, PR  00919-5387


DEPARTAMENTO DE HACIENDA                 DORAL FINANCIAL CORPORATION              INTERNAL REVENUE SERVICES
BANKRUPTCY DIVISION                      LOPEZ SANCHEZ PIRILLO & HYMOVITZ LLC     CITY VIEW PLAZA
PO BOX 9022501                           PO BOX 11917                             48 CARR #165, SUITE #2000
SAN JUAN, PR  00902-2501                 SAN JUAN, PR 00922-1917                  GUAYNABO, PR  00968-8000
```

| | | |
|---|---|---|
| MERCEDES-BENZ FINANCIAL SERVICES<br>C/O DAIMIER TRUST<br>PO BOX 685<br>ROANOKE, TX 76262-0685 | MUNICIPIO DE GUAYNABO<br>DEPARTAMENTO DE FINANZAS<br>PO BOX 79549<br>CAROLINA, PR 00984-9549 | NESTLE CARIBBEAN INC.<br>PO BOX 172, PORT OF SPAIN<br>CHURCHILL ROOSEVELT HY, VALSAYN<br>TRINIDAD & TOBAGO,WI., |
| NESTLE CARIBBEAN,INC.<br>C/O FIDLER,GONZALEZ & RODRIGUEZ<br>PO BOX 363507<br>SAN JUAN, PR 00936-3507 | ORIENTAL BANK<br>C/O ORIENTAL LEASING<br>PO BOX 195115<br>SAN JUAN, PR 00919-5115 | ORIENTAL BANK<br>PO BOX 364745<br>SAN JUAN, PR 00936-4745 |
| PANAMERICAN/CITIBANK<br>PO BOX 11917<br>SAN JUAN, PR 00922-1917 | TAMA PROP INC<br>PO BOX 11998<br>CAPARRA HEIGHTS STATION<br>SAN JUAN PR 00922-1998 | TAMA PROP. INC.<br>PO BOX 11998<br>SAN JUAN, PR 00922-1998 |
| FEDERAL LITIGATION DEPT. OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN, PR 00902-0192 | LUIS D FLORES GONZALEZ<br>LUIS D FLORES GONZALEZ LAW OFFICE<br>80 CALLE GEORGETTI SUITE 202<br>SAN JUAN, PR 00925-3624 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Daimler Trust
c/o BK Servicing, LLC
PO Box 131265
Roseville, MN 55113-0011